RUBLE, Respondent, *vs.* THOMASSON & ABERNATHY, Appellants.

1. Bill of exceptions stricken out, because not filed at the term at which the trial took place, no reason for the delay appearing on the record.

*Appeal from Barry Circuit Court.*

Action commenced before a justice, and appealed to the Circuit Court, where there was a judgment for the plaintiff at the November term, 1853.   The defendant appeared before the clerk in vacation and prayed an appeal, which was granted. At the succeeding May term, by leave of court, he filed his motion for a new trial, which being overruled, he filed his bill of exceptions.   At the foot of the bill of exceptions, was what purported to be an agreement by the plaintiff's attorney, that it might be filed *nunc pro tunc,* but there was no entry upon the record in relation to the matter.

*F. P. Wright & Price,* for appellants.

No appearance for respondent.

SCOTT, Judge. No reason appearing in the record why the bill of exceptions filed in this case was not made up until the term subsequent to the trial of the cause, it must be stricken out and the judgment affirmed; Judge Ryland concurring.